UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-4875-MWF(KSx)**                         Dated: **October 13, 2017**

Title:      David Hickey -*v*- Life Insurance Company of North America

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE

In light of the Notice of Settlement filed October 12, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **November 13, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                     Initials of Deputy Clerk __cw__
CIVIL - GEN

-1-